# EXHIBIT A



| Case Information Summary for Case Number |
|---|
| 2021-M1-109850 |

Filing Date: 05/12/2021

Case Type: STATUTORY ACTION

Division: Municipal Division

District: First Municipal

Ad Damnum: $30000.00

Calendar:

## Party Information

**Plaintiff(s)**

ADAN OSCAR

**Attorney(s)**

COMMUNITY LAWYERSGROUP LT
73 W MONROE ST #502
CHICAGO IL, 60603
(312) 285-3227

**Defendant(s)**          **Defendant Date of Service**   **Attorney(s)**

AFNI, INC.
COMCAST OF GEORGIA

## Case Activity

Activity Date: 05/12/2021

Participant: ADAN OSCAR

STATUTORY ACTION COMPLAINT FILED - JURY DEMAND

Court Room: 1501

Court Fee: 600.50

Ad Damnum Amount: 30000.00

Attorney: COMMUNITY LAWYERSGROUP LT

Activity Date: 05/12/2021

Participant: ADAN OSCAR

EXHIBITS FILED

Attorney: COMMUNITY

LAWYERSGROUP LT

Activity Date: 05/25/2021                                    Participant: ADAN OSCAR

SUMMONS ISSUED AND RETURNABLE

Court Room: 1501                           Attorney: COMMUNITY
                                           LAWYERSGROUP LT

Activity Date: 05/25/2021                                    Participant: ADAN OSCAR

SUMMONS ISSUED AND RETURNABLE

Court Room: 1501                           Attorney: COMMUNITY
                                           LAWYERSGROUP LT

Activity Date: 06/01/2021                                    Participant: ADAN OSCAR

POSTCARD GENERATED

                                           Attorney: COMMUNITY
                                           LAWYERSGROUP LT

Activity Date: 06/01/2021                                    Participant: AFNI, INC.

CASE SET ON STATUS CALL

Date: 08/16/2021
Court Time: 0930                           Judge: SCHNEIDER, CATHERINE
                                           A.
Court Room: 1501

Activity Date: 06/08/2021                                    Participant: AFNI, INC.

SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

Date: 06/03/2021

*Back to Top*

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

 **CT Corporation**

**Service of Process
Transmittal**
06/03/2021
CT Log Number 539667979

**TO:** Alicia Mckeighan
Afni, Inc.
404 BROCK DR, PO BOX 3097
BLOOMINGTON, IL 61701-2654

**RE:** **Process Served in Illinois**

**FOR:** Afni, Inc. (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Oscar Adan, PLTF. vs. AFNI, INC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2021M1109850 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Springfield, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/03/2021 at 03:21 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/03/2021, Expected Purge Date: 06/08/2021<br><br>Image SOP<br><br>Email Notification, Alicia Mckeighan aliciamckeighan@afni.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company<br>600 S. 2nd St<br>Suite 104<br>Springfield, IL 62704<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Jun 3, 2021

**Server Name:**                   Sheriff Drop

Entity Served                      AFNI, INC.

Case Number                        20211109850

Jurisdiction                       IL



13449844

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

* 5 0 0 8 0 7 2 4 *
FILED
5/25/2021 11:07 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20211109850

FILED DATE: 5/25/2021 11:07 AM 20211109850

| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |
| 2320 - Service by Mail | | |
| Summons | | (03/17/21) CCM 0649 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### First MUNICIPAL DISTRICT, CIVIL DIVISION

| | |
|---|---|
| Name All Parties | Case No. 2021-M1-109850 |
| Oscar Adan | Amount Claimed $ _____ |
| Plaintiff(s) | Appearance Filing/Return Date _____ |
| v. | Status Date: _____ |
| AFNI, Inc. and Comcast of GA/IL/MI, LLC | |
| Defendant(s) | Trial Date: _____ |
| AFNI, 208 S. LaSalle, St.814; Chicago, IL 60604 | Time _____ ○ AM ○ PM |
| Address of Defendants | Room: _____ |

Please serve as follows:   ○ Certified Mail   ● Sheriff Service   ○ Alias (Plaintiff select one)

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your appearance.

2. File your answer to the complaint before 9:00 am as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on page 3 of this form.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 4

**Summons** • (03/17/21) CCM 0640 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at HYPERLINK "http://www.cookcountyclerkofcourt.org" www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 21 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 21 days before the day for appearance.

## THERE IS A FEE TO FILE YOUR APPEARANCE

⊙ Atty. No.: 60070
○ Pro Se 99500

Name: Celetha Chatman

Atty. for (if applicable):

Community Lawyers LLC

Address: 980 N. Michigan Ave., Suite 1400

City: Chicago

State: IL   Zip: 60611

Telephone: 312-757-1880

Primary Email: cchatman@communitylawyersgroup.co

Witness: _____

5/25/2021 11:07 AM IRIS Y. MARTINEZ

_____

Iris Y. Martinez, Clerk of the Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 4

FILED DATE: 5/25/2021 11:07 AM 20211109850

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived. The Application for Waiver of Court Fees can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/Fee_Waiver.asp.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at the local circuit clerk's courthouse.

## NOTICE TO PLAINTIFF

You MUST select a return day of:

Not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
Not less than 40 or more than 61 after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1.  If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2.  On the specified Return Day, one of the following may occur:
    a.  If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
        i.   If Plaintiff is not present, the case may be dismissed for want of prosecution.
        ii.  If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
        iii. If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.
    b.  If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on page 1 of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.
3.  Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5, 6 Cases:

4.  If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.
5.  On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
6.  On the specified Status/Trial Day, one of the following may occur:
    a.  If Plaintiff is not present, the case may be dismissed for want of prosecution.
    b.  If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
    c.  If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED DATE: 5/25/2021 11:07 AM 20211109850



FILED DATE: 5/25/2021 11:07 AM   20211109850

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

13449844

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

• 5 0 0 . 8 0 7 2 4 •

FILED
5/25/2021 11:07 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20211109850

FILED DATE: 5/25/2021 1:07 AM 20211109850

| | | |
|---|---|---|
| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |
| 2320 - Service by Mail | | |
| Summons | | (03/17/21) CCM 0649 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### <u>First</u> MUNICIPAL DISTRICT, CIVIL DIVISION

| | |
|---|---|
| Name All Parties | Case No. <u>2021-M1-109850</u> |
| Oscar Adan | Amount Claimed $ _____ |
| Plaintiff(s) | Appearance Filing/Return Date _____ |
| v. | Status Date: _____ |
| AFNI, Inc. and Comcast of GA/IL/MI, LLC | Trial Date: _____ |
| Defendant(s) | Time _____ ○ AM ○ PM |
| AFNI, 208 S. LaSalle, St.814; Chicago, IL 60604 | Room: _____ |
| Address of Defendants | |

Please serve as follows: ○ Certified Mail ● Sheriff Service ○ Alias (Plaintiff select one)

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your appearance.

2. File your answer to the complaint before 9:00 am as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on page 3 of this form.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

<u>**FILING AN APPEARANCE:**</u> **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Summons** • (03/17/21) CCM 0640 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at HYPERLINK "http://www.cookcountyclerkofcourt.org" www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 21 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 21 days before the day for appearance.

## THERE IS A FEE TO FILE YOUR APPEARANCE

◉ Atty. No.: 60070
○ Pro Se 99500

Name: Celetha Chatman

Atty. for (if applicable):

Community Lawyers LLC

Address: 980 N. Michigan Ave., Suite 1400

City: Chicago

State: IL   Zip: 60611

Telephone: 312-757-1880

Primary Email: cchatman@communitylawyersgroup.co

Witness: _____

5/25/2021 11:07 AM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of the Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 5/25/2021 11:07 AM 20211109850

**Summons** · (03/17/21) GCM 0649 C

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived. The Application for Waiver of Court Fees can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/Fee_Waiver.asp.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at the local circuit clerk's courthouse.

## NOTICE TO PLAINTIFF

You MUST select a return day of:

Not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
Not less than 40 or more than 61 after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:
   a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
      i. If Plaintiff is not present, the case may be dismissed for want of prosecution.
      ii. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      iii. If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.
   b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on page 1 of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.
3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5, 6 Cases:

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.
5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
6. On the specified Status/Trial Day, one of the following may occur:
   a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
   c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**



FILED DATE: 5/25/2021 11:07 AM  20211109850

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

#### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

#### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

**12-Person Jury**



Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

* 5 0 0 8 0 7 2 4 *

Firm No. 60070

FILED DATE: 5/12/2021 4:32 PM 20211109850

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

FILED
5/12/2021 4:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13305121

|  |  |  |
|---|---|---|
| OSCAR ADAN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | 20211109850 |
| AFNI, INC., and COMCAST OF GEORGIA/ | ) | |
| ILLINOIS/MICHIGAN, LLC, | ) | |
| | ) | |
| | ). | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Oscar Adan, brings this action under the Fair Debt Collection Practices Act, 15

U.S.C. § 1692, *et seq*. ("FDCPA"), and the Illinois Consumer Fraud Act, 815 ILCS 505/1

("ICFA"), and alleges:

## NATURE OF THE CASE

1.     The FDCPA is a broad, remedial statute that prohibits unfair or unconscionable

collection methods, conduct which harasses or abuses any debtor, and the use of any false or

deceptive statements in connection with debt collection attempts.

2.     In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the

use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive

debt collection practices contribute to the number of personal bankruptcies, to marital instability,

to the loss of jobs, and to invasions of individual privacy." 15 U.S.C. §1692(a).

1



* 5 0 0 8 0 7 2 4 *

3.    Moreover, Congress has explicitly described the FDCPA as regulating "abusive practices" in debt collection. 15 U.S.C. §§ 1692(a) – 1692(e). Any person who receives a debt collection letter containing a violation of the FDCPA is a victim of abusive practices. *See* 15 U.S.C. §§ 1692(e) ("It is the purpose of this subchapter to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses").

4.    To this end, the FDCPA encourages consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

5.    Because of this, courts have held that "the FDCPA's legislative intent emphasizes the need to construe the statute broadly, so that we may protect consumers against debt collectors' harassing conduct" and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F. Supp. 2d 1035, 1042 (N.D. Ill. 2008).

6.    Plaintiff seeks to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. § 1692 *et seq.*

7.    "An action to enforce any liability created by [the FDCPA] may be brought in any appropriate United States district court without regard to the amount in controversy, **or in any other court of competent jurisdiction**, within one year from the date on which the violation occurs." 15 U.S.C. § 1692k(d). (emphasis added).

## VENUE AND JURISDICTION

8.    Jurisdiction over Defendants is proper under 735 ILCS 5/2-209(a)(l) (transaction of any business within this State), section 2-209(b)(4) (corporation doing business within this

FILED DATE: 5/12/2021 4:32 PM    20211109850

* 5 0 0 8 0 7 2 4 *

State), and section 2-209(c) (any other basis now or hereafter permitted by the Illinois

Constitution and the Constitution of the United States).

9. Defendant AFNI, Inc. collects debts from consumers in Illinois and has a

registered agent in Illinois.

10. Defendant Comcast of Georgia/Illinois/Michigan, LLC ("Comcast") is a provider

of internet and cable television. Comcast conducts business throughout the state of Illinois and

the United States. They maintain a registered agent in Illinois at CT Corporation System, 600

S. Second St., Suite 104, Springfield, Illinois, 62704.

11. Venue is proper in this County pursuant to 735 ILCS 5/2-101, because this is the

County in which the transactions and occurrences at issue, or some part thereof, occurred. In

addition, Defendants regularly do business in this County.

### PARTIES

12. Plaintiff Oscar Adan ("Plaintiff"), is a resident of the State of Illinois from whom

Defendants attempted to collect a consumer debt allegedly owed for a defaulted Comcast

account.

13. Plaintiff is thus a "consumer" as that term is defined in 15 U.S.C. § 1692a(3) of

the FDCPA.

14. Defendant AFNI, Inc. ("AFNI") is organized as an Illinois corporation. Its

registered agent and office is CT Corporation System, 208 S. LaSalle St, Suite 814, Chicago, IL

60604.

15. AFNI is engaged in the business of a collection agency, using the mails and

telephone to collect consumer debts originally owed to others.

FILED DATE: 5/12/2021 4:32 PM 20211109850

3



* 5 0 0 8 0 7 2 4 *

FILED DATE: 5/12/2021 4:32 PM 20211109850

16. AFNI is licensed as a collection agency with the Illinois Department of Financial and Professional Regulation, license # 009000984.

17. Defendant AFNI is a "debt collector" as that term is defined in 15 U.S.C § 1692a(6) of the FDCPA.

18. Comcast Corporation ("Comcast"), is a Pennsylvania corporation.

19. Comcast is a provider of internet and cable television. Comcast conducts business throughout the state of Illinois and the United States.

## FACTUAL ALLEGATIONS

20. According to Defendants, Plaintiff incurred a debt for goods and services used for personal family or household purposes, originally for a Comcast consumer cellular account used for personal purposes, account number beginning with 19932**** ("debt"). The debt is thus a "debt" as that term is defined at § 1692a(6) of the FDCPA.

21. The debt was not paid and subsequently went into default.

22. Comcast then retained a debt collector, Enhanced Recovery Company ("ERC"), who attempted to collect the debt from Plaintiff.

23. In response to collection attempts by ERC on behalf of Comcast, Plaintiff retained the services of Community Lawyers LLC, who on June 24, 2019, sent an electronic communication to Comcast, via its collection agency ERC, indicating that Plaintiff disputed the debt. (Exhibit A, Dispute and Representation Letter).

24. ERC received Plaintiff's dispute on June 28, 2019.

25. Pursuant to the FDCPA, ERC was now required to communicate only with Plaintiff's counsel because ERC was informed that Plaintiff was represented by counsel in connection with the debt.

* 5 0 0 8 0 7 2 4 *

26. Pursuant to the FDCPA, ERC was now required to include Plaintiff's dispute in any future credit reporting because ERC was informed about the dispute.

27. Instead of reporting Plaintiff's dispute, ERC closed its collection file on Plaintiff and removed the entirety of the credit reporting of the Comcast debt from Plaintiff's credit report.

28. ERC returned the collection file to Comcast, including, upon information and belief, Plaintiff's attorney's contact information and the content of Plaintiff's dispute.

29. Now with ERC unable to contact Plaintiff without going through his lawyer, and unable to report the debt without noting its disputed status, Comcast chose to retain a different debt collector.

30. Upon information and believe, Comcast ceased using ERC to collect the debt because ERC was bound by certain requirements under the FDCPA. Specifically, Comcast did not want collect efforts on the debt to be impeded by the requirement that ERC communicate only with Plaintiff's lawyer and that ERC include Plaintiff's dispute in future credit reporting.

31. Comcast thus retained the services of a new debt collector, AFNI, in an attempt to collect on the debt.

32. Upon information and belief, both AFNI and Comcast knew that Plaintiff was represented by counsel in connection with the debt, and that Plaintiff disputed the debt.

33. Plaintiff's notice that he was represented by counsel and notice of his dispute was sent to ERC, as Comcast's agent, in writing.

34. Upon information and belief, such written notice was included in Comcast's books and records for the debt.

5



* 5 0 0 8 0 7 2 4 *

35. Upon information and belief, this information was shared by Comcast with AFNI when Comcast placed the debt with AFNI after ERC returned the debt to Comcast.

36. AFNI began reporting Plaintiff's debt on Plaintiff's credit report in 2020.

37. Plaintiff obtained a copy of his TransUnion credit report on April 27, 2020 and noted that AFNI had reported the debt without noting his dispute. (Exhibit B, Redacted Excerpt from Plaintiff's TransUnion Report).

38. AFNI again reported the debt with no dispute on May 12, 2020.

39. Thereafter, Plaintiff's attorneys notified AFNI of the disputed status of the account. Just like ERC, AFNI subsequently deleted the credit reporting and returned the account to Comcast in response to Plaintiff's additional dispute and representation letter.

40. Defendant failed to communicate that Plaintiff's debt was disputed when it communicated other information to Transunion regarding the debt.

41. 15 U.S.C. § 1692e of the FDCPA provides as follows:

**False or misleading representations**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**

**. . . (8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. . . .**

42. AFNI failed to communicate a dispute to the TransUnion credit reporting agency, in violation of 15 U.S.C. § 1692e(8), when it knew or should have known about the dispute and communicated other information regarding the debt to the credit reporting agency.

6

FILED DATE: 5/12/2021 4:32 PM 20211109850

* 5 0 0 8 0 7 2 4 *

43. The providing of consumer cellular accounts to Illinois consumers, and billing for those payments, are activities of trade and commerce as those terms are defined in the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et seq ("ICFA").

44. At all times relevant to this complaint, Comcast authorized, directed, and ratified AFNI's actions taken in connection with the collection of the debt.

45. Thus, Comcast was at all times relevant to this Complaint, and currently is, engaged in trade and commerce in the State of Illinois by offering, billing for, and collecting payments for credit card accounts for Illinois consumers.

46. The ICFA defines "consumer" as "any person who purchases or contracts for the purchase of merchandise not for resale in the ordinary course of his trade or business but for his use or that of a member of his household." 815 ILCS 505/1(e).

47. Plaintiff is a "consumer" as that term is defined in the ICFA because Plaintiff contracted with Comcast for a consumer credit account primarily for personal and household purposes.

48. Section 2 of the ICFA prohibits unfair or deceptive practices and states, in relevant part, as follows:

> **Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, misrepresentation or the concealment, suppression or omission of such material fact, or the use or employment of any practice described in section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.**

815 ILCS 505/2.



49.   Comcast employed unfair methods of competition in violation of Section 2 of the ICFA by withdrawing a debt from a debt collector and reassigning it to a new debt collector in an effort to circumvent Plaintiff's right to dispute the debt under federal law.

50.   Comcast employed unfair methods of competition in violation of Section 2 of the ICFA by withdrawing a debt from a debt collector and reassigning it to a new debt collector in an effort to circumvent Plaintiff's right to have all communications regarding the debt direct to his lawyer, and not directly to him.

51.   Plaintiff was damaged by Comcast's conduct as explained *supra.*

52.   Defendants' communications cause negative emotions including hopelessness, annoyance, aggravation, and other garden variety emotional distress.

53.   Defendants' collection communications are to be interpreted under the "unsophisticated consumer" standard. *See, e.g., Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

**<u>COUNT I – FAIR DEBT COLLECTION PRACTICES ACT—AFNI</u>**

54.   Plaintiff re-alleges and incorporates the above paragraphs into this count.

55.   Plaintiff was damaged by AFNI's conduct as outlined above.

56.   AFNI failed to communicate a dispute to the TransUnion credit reporting agency, in violation of 15 U.S.C. § 1692e(8), when it knew or should have known about the dispute and communicated other information regarding the debt to the credit reporting agency.

WHEREFORE, Plaintiff asks that this Court enter judgment in his favor and against Defendant AFNI as follows:

A.   Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

8

FILED DATE: 5/12/2021 4:32 PM   2021L109850



* 5 0 0 8 0 7 2 4 *

B.   Costs and reasonable attorney fees pursuant to 15 U.S.C.

§ 1692k(a)(3); and

C.   Such other or further relief as this Court deems proper.

## COUNT II—ILLINOIS CONSUMER FRAUD ACT FOR FALSE AND DECEPTIVE BUSINESS PRACTICES—COMCAST

57.   Plaintiff re-alleges above paragraphs as set forth fully in this count.

58.   Comcast employed unfair methods of competition in violation of Section 2 of the ICFA by withdrawing a debt from a debt collector and reassigning it to a new debt collector in an effort to circumvent Plaintiff's right to dispute the debt under federal law.

59.   Comcast employed unfair methods of competition in violation of Section 2 of the ICFA by withdrawing a debt from a debt collector and reassigning it to a new debt collector in an effort to circumvent Plaintiff's right to have all communications regarding the debt direct to his lawyer, and not directly to him.

60.   Plaintiff was damaged by Defendant Comcast's actions including harm to his reputation and payments obtained from Plaintiff through fraud and unlawful conduct.

WHEREFORE, Plaintiff requests that the Court enter judgment in Plaintiff's favor and against Defendants as follows:

A.   Actual damages suffered by the Plaintiff;

B.   Punitive damages;

C.   Plaintiff's attorney fees and costs;

D.   Such other or further relief as the Court deems proper.

## COUNT III—WILLFULL & WANTON CONDUCT—COMCAST

61.   Plaintiff re-alleges above paragraphs as set forth fully in this count.



* 5 0 0 8 0 7 2 4 *

62. Comcast had a duty to exercise care in the collection of the debt from Plaintiff, who had exercised his rights under various federal consumer protection statutes.

63. Comcast acted utterly indifferent to and consciously disregarded those rights, including the right to representation by an attorney and the right to dispute a debt.

64. Specifically, when Plaintiff exercised his rights, Comcast withdrew the debt and reassigned it to a new collector in a deliberate attempt to circumvent Plaintiff's rights under federal law.

65. These actions constitute willful and wanton conduct, which proximately caused his injuries.

WHEREFORE, Plaintiff requests that the Court enter judgment in Plaintiff's favor and against Defendants as follows:

      A.    Actual damages suffered by the Plaintiff;

      B.    Punitive damages;

      C.    Plaintiff's attorney fees and costs;

      D.    Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

By: s/Celetha C. Chatman
One of Plaintiff's Attorneys

Michael Wood
Celetha Chatman
**Community Lawyers, LLC**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880

FILED DATE: 5/12/2021 4:32 PM 2021L109850

* 5 0 0 8 0 7 2 4 *

FILED DATE: 5/12/2021 4:32 PM 20211109850

Fx: (312) 265-3227
cchatman@communitylawyersgroup.com

1910 - No Fee Paid
1919 - Fee Paid
Jury Demand



* 5 0 0 8 0 7 2 4 *
(Rev. 12/01/20) CCG 0067

FILED DATE: 5/12/2021 4:32 PM 20211109850

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL_____ DEPARTMENT/FIRST_____ DISTRICT

Oscar Adan
_____

v.

No. _____

AFNI, Inc. et al
_____

### JURY DEMAND

The undersigned demands a jury trial.

Celetha Chatman
_____
**(Signature)**

☐ Atty. No.: 60070_____

Name: Celetha Chatman

Atty. for: Community Lawyers LLC

Address: 20 N. Clark Street, Suite 3100

City/State/Zip: Chicago, IL 60639

Telephone: (312) 757-1880

Primary Email: cchatman@communitylawyersgroup.com

**Dated:** May 12, 2021_____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED DATE: 5/12/2021 4:32 PM   20211109850

* 5 0 0 8 0 7 2 4 *
FILED
5/12/2021 4:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20211109850

13305121

# EXHIBIT A



# Community Lawyers LLC

20 N. Clark Street, Suite 3100
Chicago, Illinois 60602
PH: (312)765-7561

\* 5 0 0 8 0 7 2 4 \*

FILED DATE: 5/12/2021 4:32 PM   20211109850

June 24, 2019

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

Re:   *OSCAR ADAN*

▇▇▇▇▇▇▇▇▇

*ACCOUNT: 19932\*\*\*\* (COMCAST CABLE COMMUNICATIONS)*
*Current Amount of Debt: $619*

▇▇▇▇▇▇▇▇▇

Dear Sir or Madam:

The above referenced client is represented by our firm regarding all matters in connection with the above referenced debt, please direct any future communication regarding this account to our office. This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the amount reported is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312) 765-7561 to speak with the attorney assigned to the matter, Michael Wood.

Sincerely,
/s/ Michael Wood

Client Name:

*OSCAR ADAN*

▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

FILED DATE: 5/12/2021 4:32 PM   20211109850

# EXHIBIT B



∗ 5 0 0 8 0 7 2 4

Personal Information

**Names Reported:** OSCAR ULISES ADAN and ADAN OSCAR





* 5 0 0 8 0 7 2 4 *

**AFNI #107544****
PO BOX 3097
BLOOMINGTON, IL 61702-3097
(800) 371-3645

| Placed for collection: | 01/21/2020 | Balance: | $619 | Pay Status: | >In Collection< |
| Date Updated: | | | 04/12/2020 | | |



* 5 0 0 8 0 7 2 4 *

| | | | |
|---|---|---|---|
| **Responsibility:** | Individual Account | **Original Amount:** | $619 |
| **Account Type:** | Open Account | **Original Creditor:** | COMCAST |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Past Due:** | >$619< |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 11/2024

2021109850





Civil Action Cover Sheet

• (02/17/21) CCM 0520 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ _____FIRST·_____ DISTRICT

FILED DATE: 5/12/2021 4:32 PM    20211109850

OSCAR ADAN
_____

                                    Plaintiff

v.

AFNI, Inc. et al
_____

                                    Defendant

Case No. _____

Jury Demand  ○ Yes  ○ No

☐ I need language help in court.

I speak _____

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

### Civil Case (A)

☐ 0004 Tort not Personal Injury
☐ 1004 Tort not Personal Injury (Jury)
☐ 0007 Confession of Judgment
☐ 1007 Confession of Judgment (Jury)
☐ 0008 Replevin
☐ 1008 Replevin (Jury)
☐ 0017 Detinue
☐ 1017 Detinue (Jury Demand)
☐ 0031 Foreign Judgment
        Filing Out of State/Out of Country
☐ 0054 Registration of Administrative Judgment

### Tort/Personal Injury Case

Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

☐ 0027 Personal Injury Motor Vehicle
☐ 1027 Personal Injury Motor Vehicle (Jury)
☐ 0048 Dram Shop
☐ 1048 Dram Shop (Jury)
☐ 0049 Product Liability
☐ 1049 Product Liability (Jury)
☐ 0051 Personal Injury Subrogation
☐ 1051 Personal Injury Subrogation (Jury)
☐ 0057 Personal Injury Motor Vehicle Subrogation
☐ 1057 Personal Injury Motor Vehicle Subrogation
        (Jury)

☐ 0001 Personal Injury
☐ 1001 Personal Injury (Jury)
☐ 0063 Tort Intentional
☐ 1063 Tort Intentional (Jury)
☐ 0062 Property Damage
☐ 1062 Property Damage (Jury)

### Other Litigation Case

(i.e. credit card agreements, any contract between two or more individuals)

☐ 0002 Breach of Contract
☐ 1002 Breach of Contract (Jury)
☐ 0071 Fraud
☐ 1071 Fraud (Jury)
☐ 0072 Consumer Fraud
☐ 1072 Consumer Fraud (Jury)
☐ 0073 Breach of Warranty
☐ 1073 Breach of Warranty (Jury)
☐ 0074 Statutory Action Complaint
☑ 1074 Statutory Action Complaint (Jury)
☐ 0068 Consumer Debt Complaint
☐ 1068 Consumer Debt Complaint (Jury)

### Civil Case (B)

☐ Filing an Illinois Court Judgment
☐ 0100 Petition for Discovery
        A Petition to take depositions or subpoena
        records before a case is filed.
☐ 0009 Name Change (Suburban Districts only)

**Civil Action Cover Sheet**

*(02/17/21) CCM 0520 B*

## Civil Housing Case

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/ facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

- ☐ 0038 Housing
- ☐ 0086 Objection to Fast Track
- ☐ 0044 Criminal Ordinance Violation
- ☐ 0037 Heat Case
- ☐ 0034 Vacant Building

## Pro Se Case Type (First Municipal Civil Division only)

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $5,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

- ☐ 0050 Pro Se ($5,000 or less)

## Eviction Case/Civil Eviction/CHA Eviction

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

- ☐ 0005 Eviction (possession only)
- ☐ 1005 Eviction (possession only) (Jury)
- ☐ 0006 Joint Action (possession and rent)
- ☐ 1006 Joint Action (possession and rent) (Jury)
- ☐ 0018 Distress for Rent
- ☐ 1018 Distress for Rent (Jury)
- ☐ 0023 Mortgage Foreclosure Eviction
- ☐ 1023 Mortgage Foreclosure Eviction (Jury)
- ☐ 0024 Mortgage Foreclosure Eviction - Joint Action
- ☐ 1024 Mortgage Foreclosure Eviction - Joint Action (Jury)
- ☐ 0021 CHA Eviction
- ☐ 1021 CHA Eviction (Jury)
- ☐ 0022 CHA Joint Action
- ☐ 1022 CHA Joint Action (Jury)

○ Atty. No.: 60070          ○ Pro Se 99500

Atty Name: Celetha Chatmna

Atty. for: Community Lawyers LLC

Address: 20 N. Clark Street, Suite 3100

City: Chicago          State: IL

Zip: 60602

Telephone: (312) 757-1880

Primary Email: cchatman@communitylawyersgroup.coi

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

FILED DATE: 5/12/2021 4:32 PM    20211109850